IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| AUTHOR ANDERSON, § | |
|     PLAINTIFF, § | |
| § | |
| v. § | CASE NO. 3:25-CV-312-E-BK |
| § | |
| JPMORGAN CHASE BANK, N.A., § | |
|     DEFENDANT. § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, *Plaintiff's Motion to Remand* [Doc. 5] is **GRANTED.**

**SO ORDERED**: this 17th day of April, 2025.

Ada Brown
UNITED STATES DISTRICT JUDGE